PROB 12B
(7/93)

# United States District Court

## for the

FILED
US DISTRICT COURT
DISTRICT OF ALASKA

2006 FEB -7 PM 1: 57

# District of Alaska

### Request for Modification of Conditions or Term of Supervised Release
### with Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: John Francisco Valentin                    Case Number: 3:99CR00147-006

Sentencing Judicial Officer:   John W. Sedwick, Chief U.S. District Court Judge

Date of Original Sentence:    June 28, 2000

Original Offense:                   Conspiracy in violation of 18 U.S.C. § 846

Original Sentence:                 62 months imprisonment, five years supervised release

Date Supervision Commenced: July 25, 2003

### PETITIONING THE COURT

[X]      To modify the conditions of supervised release as follows:

The defendant shall refrain from unlawful use of controlled substances and shall submit to one drug test within 15 days of release on supervision and at least two periodic drug tests thereafter, not to exceed 8 tests per month, at the direction of the probation officer.

### CAUSE

The above modification is sought in order to continue drug testing in this case in compliance with *U.S. v. Stephens*, No. 04-50170, 2005 WL 2106158 (9th Cir. Sept. 2, 2005).

Respectfully submitted,

Toni M. Ostanik
U.S. Probation/Pretrial Services Officer
Date:  January 25, 2006

*Request for Modification of Conditions*
*John Francisco Valentin*
*3:99CR00147-006*

Approved by:

Eric D. Odegard
Supervising U.S. Probation Officer

## THE COURT ORDERS:

[X] The Modification of Conditions as Noted Above
[ ] File a Petition
[ ] Other:

The Honorable John W. Sedwick
Chief U.S. District Court Judge

Date: 1 - 31 - 06

**RECEIVED**

**PROB: 49**
**(3/89)**

JAN 3 1 20..

CHAMBERS, U S. DISTRICT JUDGE
JOHN W. SEDWICK

## UNITED STATES DISTRICT COURT
### District of Alaska

#### Waiver of Hearing to Modify Conditions
#### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

John Francisco Valentin, as a condition of supervision, shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, not to exceed *eight* tests per month, as directed by the probation officer, pursuant to 18 USC 3583(d).

Additionally, John Francisco Valentin shall refrain from using illicit drugs and alcohol, and abusing prescription medication during the period of supervision.

Witness: _____    Signed: _____
Amy Young                            John Francisco Valentin
U. S. Probation Officer              Supervisee

Date: _____12/8/05_____